## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JAMES SCALF a/k/a DONALD SCALF,
an individual,                                                    Case No.:  6:16-cv-212-JA-KRS

      Plaintiff,

v.

BRIGHT HOUSE NETWORKS, LLC,
a foreign limited liability company,

      Defendant.

_____/

## <u>NOTICE OF PENDING SETTLEMENT</u>

**COMES NOW**, Plaintiff, JAMES SCALF a/k/a DONALD SCALF (hereinafter "Plaintiff"), by and through the undersigned counsel pursuant to Local Rule 3.08, Middle District of Florida, and hereby submits this *Notice of Pending Settlement* and states:

1.    Plaintiff and Defendant, BRIGHT HOUSE NETWORKS, LLC (hereinafter "Defendant"), reached a settlement with regard to all claims in this case, and the parties are presently drafting and finalizing a written settlement agreement and release of liability.

2.    Upon execution of a mutually-agreeable settlement agreement and release—and compliance with its terms—undersigned counsel will execute and file a Notice of Settlement and Stipulation for Dismissal with Prejudice.

3.    To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies he consulted with Defendant's counsel, and Defendant agrees to the relief sought.

Submitted this 19th day of July 2016.

Respectfully submitted,

**LEAVENLAW**

/s/ *Aaron M. Swift*

**Aaron M. Swift, Esq., FBN 093088**
**Gregory H. Lercher, Esq. FBN 106991**
**Sara J. Weiss, Esq. FBN 115637**
Northeast Professional Center
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone: (727) 327-3328
Fax:    (727) 327-3305
consumerservice@leavenlaw.com
aswift@leavenlaw.com
glercher@leavenlaw.com
sweiss@leavenlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically served a copy of the foregoing *Notice of Pending Settlement* this 19th day of July 2016 to:

Eric J. Partlow, Esq.
Christopher A. Roach, Esq.
Adams and Reese, LLP
101 East Kennedy Boulevard, Suite 000
Tampa, FL 33602
Eric.partlow@arlaw.com
Chris.roach@arlaw.com
*Attorneys for Defendant*

/s/ *Aaron M. Swift*
Attorney